BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEAN TURK (CSB #131517)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8935
    Facsimile: (415) 744-0134
    E-Mail: jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| BENITO G. GOMEZ, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____) | CIVIL NO. 1:10-CV-02128-GSA<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

    The recording (which is in the form of a multimedia file on a compact disc) has been rendered unavailable or defective because the compact disc is encrypted. Upon receipt of the court order remanding this case, the Commissioner will determine if the encryption can be removed and a complete

Stipulation and Order for Remand                1

transcript can be prepared so that a complete administrative record can be certified.  If not, a *de novo* hearing will be held and a new decision issued.

  Further, defendant agrees to file with the Court and serve on plaintiff a Status Report every 90 days from the date this order is filed with the Court in the event the recording cannot be accessed within that time period.

                Respectfully submitted,

Dated: February 25, 2011      */s/ Laura Eve Krank*
                (As authorized via e-mail)
                LAURA EVE KRANK
                Attorney for Plaintiff

Dated: March 2, 2011       BENJAMIN B. WAGNER
                United States Attorney
                LUCILLE GONZALES MEIS
                Chief Counsel, Region IX
                Social Security Administration

                */s/ Jean M. Turk*
                JEAN M. TURK
                Special Assistant U.S. Attorney

**ORDER**

  The Court has reviewed the parties' stipulation for remand.  Because the recording of the hearing is unavailable, good cause exists to remand the claim to the Commissioner for appropriate action to produce a record pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Defendant shall file a status report every 90 days from the date of this order informing the Court on the progress of obtaining a record of Plaintiff's hearing, or in the alternative, scheduling a new hearing before an Administrative Law Judge.  The Clerk of the Court is directed to close this case.

  IT IS SO ORDERED.

Dated:  **March 2, 2011**       */s/ Gary S. Austin*
                UNITED STATES MAGISTRATE JUDGE