# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO GOMEZ, | Case No. 1:10-cv-2128 GSA |
| Plaintiff, | ORDER GRANTING STAY OF PROCEEDINGS |
| v. | (Doc. 29) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On October 1, 2013, Defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), filed a motion to stay these proceedings in light of the federal government shutdown. As federal employees, Defendant and her attorneys are prohibited from working on this matter absent congressional appropriation of funds for the relevant federal entities. In light of the circumstances surrounding this request, the Court will grant the stay immediately without further briefing or argument. See Local Rule 102(d). Any party who opposes the stay or wishes to lift the stay may file a motion for reconsideration or a motion to lift the stay at any time. See Local Rule 230(j) and (b). Accordingly,

IT IS HEREBY ORDERED that:

1.  This action is STAYED until funding for Defendant and her attorneys is restored.
2.  Within five court days after funding is restored, Defendant shall file a notice

1

informing the Court of the number of days that her attorneys were unable to work. All applicable dates and deadlines in the Court's scheduling order for this matter will be extended by the number of days that Defendant's attorneys were unable to work on account of the government shutdown.

3. Along with the notice, Defendant shall file a proposed order lifting the stay and identifying modifications made to the scheduling order.

IT IS SO ORDERED.

Dated:   **October 2, 2013**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE