1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11
12

BENITO G. GOMEZ,

Case No.: 1:10-cv-2128-GSA

13

Plaintiff,

14

v.

**ORDER SETTING HEARING ON
MOTION TO WITHDRAW AS
ATTORNEY OF RECORD**

15

COMMISSIONER OF SOCIAL
SECURITY,

16
17

Defendant.

18
19
20

  Plaintiff Benito Gomez ("Plaintiff") filed a complaint in this action on November 10,

21

2013, challenging the denial of Social Security benefits.  Doc. 1.  On March 3, 2011, based on the

22

parties' stipulation, the case was remanded for purposes of obtaining a complete, certified

23

administrative record.  Doc. 11.  On remand, a new hearing was held before an Administrative

24

Law Judge.  Doc. 21.  Subsequently, on May 15, 2014, the case was reopened for continued

25

litigation in this Court.  Doc. 36.

26

  On August 8, 2014, Plaintiff's counsel, Laura E. Krank, filed a Motion to Withdraw as

27

Attorney of Record in this matter.  Doc. 38.  The motion was served on Plaintiff via United States

28

Mail at 1613 Los Robles Drive, Bakersfield, CA 93306.  Doc. 38 at 8.

In light of the foregoing, the Court SETS the motion for hearing on **September 19, 2014 at 9:30 a.m. in Courtroom 10** before the undersigned.  Plaintiff SHALL personally appear at the hearing on the motion.  The Clerk of the Court is directed to serve a copy of this order on Plaintiff, via United States Mail, at the above-referenced address.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                    **_____/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2