Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
Benito G. Gomez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| BENITO G. GOMEZ, | Case No.: 10-cv-2128-GSA |
| Plaintiff, | STIPULATION FOR DISMISSAL; ORDER THEREON |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Benito G. Gomez ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

///

///

-1-

1  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P.
2  Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

3  DATE: November 6, 2014         Respectfully submitted,

4  ROHLFING & KALAGIAN, LLP

5  /s/ *Laura E. Krank*
6  BY:_____
   Laura E. Krank
7  Attorney for plaintiff Benito G. Gomez

8  DATE: November 6, 2014
   BENJAMIN B. WAGNER
9  Acting United States Attorney
   LEON W. WEIDMAN
10 Chief, Civil Division
   Assistant United States Attorney

11 /s/ *Jeffrey T. Chen*
12 _____
   Jeffrey T. Chen
13 Special Assistant United States Attorney
   Attorneys for Defendant Carolyn W. Colvin,
14 Acting Commissioner of Social Security
   (Per e-mail authorization)

15

16 **ORDER**

17 Pursuant to the foregoing stipulation of the parties, this action is DIMISSED
18 with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) and 41(a)(1)(B), each
19 party to bear its own fees, costs, and expenses. The Clerk of the Court is directed to
20 close this case.

21

22 IT IS SO ORDERED.

23 Dated:  **November 7, 2014**            **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26